IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| LISA PAZOUR and, <br> MICHAEL PAZOUR <br>    Plaintiffs, <br> <br> -vs- <br> <br> <br> PROCTOR and GAMBLE HAIR <br> CARE, L.L.C., <br> <br>    Defendant. | ) <br> ) <br> )   No. 3:08-cv-00118 <br> ) <br> ) <br> )   **PROPOSED SCHEDULING** <br> )   **ORDER AND** <br> )   **DISCOVERY PLAN** <br> ) <br> ) <br> ) <br> ) |

Counsel have conferred and submit the following case information and proposed dates for case management:

1. Did the parties enter into an agreement at the Rule 26(f) conference resolving all issues relating to initial disclosures?  __X__ yes _____ no
If you answer "no," state whether any party objected at the Rule 26(f) conference to making or to the timing of the initial disclosures: ____ yes _____ no
    *If any party objected at the Rule 26(f) conference to making or to the timing of the initial disclosures, then the objecting party must, within 10 days after this order and plan has been filed, serve and file a document in which the objections are set forth with particularity.*
    If the parties have agreed to a deadline for making the initial disclosures, state the date by which the initial disclosures will be made:   **February 23, 2009**
2. Deadline for motions to add parties:   **March 9, 2009**
3. Deadline for motions to amend pleadings:   **March 9, 2009**
4. Expert witnesses disclosed by:   a) Plaintiff:   **June 9, 2009**
                                    b) Defendant:   **August 10, 2009**
                                    c) Plaintiff Rebuttal:   **September 9, 2009**
5. Deadline for *completion* of discovery:   **November 9, 2009**
6. Dispositive motions deadline (*at least 120 days before Trial Ready Date*): **November 9, 2009**
7. Trial Ready Date (*at least 120 days after Dispositive Motions Date*): **March 9, 2010**
8. Has a jury demand been filed?   __X__ yes   _____ no

1

9. Estimated length of trial: \_\_\_**5**\_\_\_ days
10. Settlement conference (choose one of the following): (a) _____ A court-sponsored settlement conference should be set by the court at this time for a date after: or
(b) \_\_**X**\_\_ A court-sponsored settlement conference is not necessary at this time.
11. Should the court order a court-sponsored scheduling and planning conference pursuant to Fed. R. Civ. P. 16(b) and 26(f)?  _____ yes  \_\_\_**X**\_\_ no
12. Do the parties unanimously consent to trial, disposition and judgment by a U.S. Magistrate Judge, with appeal to the Eighth Circuit Court of Appeals pursuant to 28 U.S.C. § 636(c)(3)?  _____ yes  \_\_\_\_\_**X**\_\_\_ no

\_\_\_\_/s/_____
Tim Semelroth
Attorney for Plaintiffs

RICCOLO & SEMELROTH, P.C.
425 2ND St. SE, Suite 1140
Cedar Rapids, IA 52401

(319)365-9200
(319)365-1114 fax
phenningsen@riccololaw.com

_____/s/_____
Theresa Davis
Attorney for Defendants

Shuttleworth & Ingersoll, P.C.
P.O. Box 2107
Cedar Rapids, IA 52406-2107

319-365-9461
319-365-8443fax
tcd@shuttlwewrothlaw.com

## JUDGE'S REVISIONS

The deadline in Paragraph _____ is changed to _____.

The deadline in Paragraph _____ is changed to _____.

The deadline in Paragraph _____ is changed to _____.

**IT IS ORDERED** that this proposed Scheduling Order and Discovery Plan \_\_\_\_\_ **is** \_\_\_\_\_ **is not** approved and adopted by this court.

**IT IS FURTHER ORDERED** that a scheduling and planning conference:
\_\_\_ will not be scheduled at this time.

\_\_\_ will be held in the chambers of Judge _____ at the U.S. Courthouse in _____, Iowa, on the _____ day of _____, at _____ o'clock, \_\_\_.m.

\_\_\_ will be held by telephone conference, initiated by the court, on the

2

_____ day of _____, at _____ o'clock, \_\_\_.m.

**DATED** this _____ day of _____.

                                                MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

## ORDER OF REFERENCE

**IT IS HEREBY ORDERED** that this case is referred to a U.S. Magistrate Judge for the conduct of all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) and the consent of the parties.

**DATED** this \_\_\_\_\_ day of _____.

                                                UNITED STATES DISTRICT JUDGE