# UNITED STATES DISTRICT COURT
## IN AND FOR THE SOUTHERN DISTRICT OF IOWA
### DAVENPORT DIVISION

| | |
|---|---|
| LISA PAZOUR and MICHAEL PAZOUR, ) | CIVIL NO.  3:08-CV-00118-RP-TJS |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER TO SHOW CAUSE** |
| PROCTOR AND GAMBLE HAIR CARE, ) | |
| L.L.C., ) | |
| ) | |
| Defendant. ) | |

Pursuant to the Order Setting Trial and Final Pretrial (Clerk's No. 6), filed January 15, 2009, trial is this matter is set for April 5, 2010, at the United States Courthouse, Davenport, Iowa.   That order also established a pretrial conference for 9:00 a.m. on March 5, 2010, at the United States Courthouse, Davenport, Iowa.

On June 18, 2009, Chief Judge Robert W. Pratt was assigned to this case.

On March 5, 2010, no party and no attorney representing any party in this case appeared at the United States Courthouse in Davenport, Iowa, for a final pretrial conference.

No party has filed a stipulation for dismissal of this matter.   No party has advised this Court that this case has either been settled.

The parties shall show cause why the Court should not enter sanctions in this matter for failure of any or all of the parties to advise the Court as to the current status of this action, so as to allow the Court to remove not only the final pretrial conference from its schedule, but also the pending jury trial setting.

The parties shall file all pleadings in response to this Order to Show Cause on or before **March 14, 2010**.

IT IS SO ORDERED.

Dated this 8th day of March, 2010.

_____
THOMAS J. SHIELDS
CHIEF U.S. MAGISTRATE JUDGE